IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

ADRIAN DESJUAN BISHOP,      )
                                         )
                    Plaintiff,      )
                                         )
                    vs.             )          No. CIV-14-975-C
                                         )
A & R POPULATION,            )
                                         )
                    Defendant.      )

## ORDER OF DISMISSAL WITHOUT PREJUDICE

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Shon T. Erwin on September 22, 2014. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge is adopted and the civil rights complaint is dismissed without prejudice, without leave to amend. This dismissal counts as a "strike" under 28 U.S.C. § 1915(g).

IT IS SO ORDERED this 27th day of October, 2014.

ROBIN J. CAUTHRON
United States District Judge